**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------X
IN THE MATTER OF REASSIGNMENT

                                  NOTICE OF REASSIGNMENT

        OF

CASES FROM HON. COLLEEN MCMAHON

-------------------------------------------------X

    The cases on the attached list are reassigned to the calendar of:

        HON. KATHERINE B. FORREST

    The attorney(s) for the plaintiff(s) are requested to serve a copy of this Notice of

Reassignment on all defendants.

Dated: November 14, 2011

                                            Ruby J. Krajick, CLERK

                                            Shante Jones
                             By: _____
                                            Deputy Clerk

cc: Attorneys of Record

Judge McMahon to Judge Forrest

11cv7768