IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HILTON HEAD HOLDINGS b.v., on its own behalf and derivatively on behalf of Art Capital Group, Inc.,<br><br>Plaintiffs,<br><br>v.<br><br>IAN PECK, ART CAPITAL GROUP, INC., FINE ART FINACE LLC, ART CAPITAL GROUP, LLC, ACG CREDIT COMPANY, LLC, ACG FINANCE COMPANY, LLC; ACG CREDIT COMPANY II, LLC, ACG CREDIT COMPANY III, LLC, ACG FINANCE COMPANY III, LLC, AMERICAN PHOTOGRAPHY LLC, and other unknown affiliated business organizations that cannot be readily identified at this time,<br><br>Defendants. | Docket No. 11-CIV-7768 (KBF) (MHD) |

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for defendants Ian Peck, Art Capital Group, LLC, Fine Art Finance, LLC, ACG Credit Company, LLC, ACG Finance Company, LLC, ACG Credit Company II, LLC, ACG Credit Company III, LLC, American Photography, LLC and Art Capital Group, Inc.

All notices given or required to be given in this case and all papers filed in this case shall be served upon the undersigned.

Date: New York, New York
November 18, 2011

SCHIFF HARDIN LLP

By:   /s/ Mathew B. West
          Mathew B. West (MW 9117)
          mwest@schiffhardin.com

666 Fifth Avenue
New York, New York 10103
(212) 753-5000

Attorneys for Defendants