IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HILTON HEAD HOLDINGS b.v., on its own behalf and derivatively on behalf of Art Capital Group, Inc., <br><br> Plaintiffs, <br><br> v. <br><br> IAN PECK, ART CAPITAL GROUP, INC., FINE ART FINACE LLC, ART CAPITAL GROUP, LLC, ACG CREDIT COMPANY, LLC, ACG FINANCE COMPANY, LLC; ACG CREDIT COMPANY II, LLC, ACG CREDIT COMPANY III, LLC, ACG FINANCE COMPANY III, LLC, AMERICAN PHOTOGRAPHY LLC, and other unknown affiliated business organizations that cannot be readily identified at this time, <br><br> Defendants. | Docket No. 11-CIV-7768 (KBF) (MHD) |

**DISCLOSURE STATEMENT PURSUANT TO**
**RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendants, through their undersigned counsel, state as follows:  (i) nongovernmental corporate defendants Fine Art Finance, LLC, ACG Credit Company, LLC, ACG Finance Company, LLC, ACG Credit Company II, LLC and ACG Credit Company III, LLC are wholly owned subsidiaries of Art Capital Group, LLC, (ii) nongovernmental corporate defendant Art Capital Group, LLC has no parent company or any publicly held corporation owning 10% or more of its stock, (iii) nongovernmental corporate defendant American Photography, LLC has no parent company or any publicly held corporation owning 10% or more of its stock, and (iv) nongovernmental corporate defendant Art Capital Group, Inc. has no parent company or any publicly held corporation owning 10% or more of its stock.

-2-

Date:   New York, New York
        November 18, 2011

                                                   SCHIFF HARDIN LLP

                                                 By:   /s/ Mathew B. West
                                                            Mathew B. West (MW 9117)
                                                            mwest@schiffhardin.com

                                               666 Fifth Avenue
                                               New York, New York 10103
                                               (212) 753-5000

                                               *Attorneys for Defendants*

NY\51081186.1