United States District Court
Southern District of New York

Hilton Head Holdings b.v.,
on its own behalf and
derivatively on behalf of Art Capital Group, Inc.



                Plaintiffs

v.                                          Civil Action No. 1:2011 CV 07768

**Order for Admission
Pro Hac Vice**

Ian Peck and Art Capital Group, Inc.;
Fine Art Finance, LLC; Art Capital Group, LLC;
ACG Credit Company, LLC; ACG Finance Company,
LLC; ACG Credit Company II, LLC;
ACG Credit Company III, LLC; ACG Finance Company III,
LLC; American Photography LLC

                Defendants.

The motion of S. George Alfonso, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the Bar of the State of Texas and that his contact information is as follows:

| | |
|---|---|
| Applicant's Name: | S. George Alfonso |
| Firm Name: | The Law Offices of S. George Alfonso |
| Address: | 5340 Alpha Road Dallas, Texas 75240 |
| Telephone/Fax: | Phone: (972) 458-6800/Fax: (972) 458-6801 |
| E-Mail: | Geoalfo@aol.com. |

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Plaintiffs, Hilton Head Holdings b.v., on its own behalf and derivatively on behalf of Art Capital Group, Inc. in the above-entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned cause in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at apply for an ECF PASSWORD.

Dated: 1/3/12

United States District/~~Magistrate~~ Judge
Katherine B. Forrest