# MARK J. LAWLESS
Attorney at Law
250 West 57th Street, Suite 1316
New York, NY 10107



Phone: (212)754-0665, ext. 301
(212)810-2430, ext. 301
Fax: (212) 810-2427
Email: MLAWL34463@AOL.COM

May 6, 2013
Hon. Katherine B. Forrest, U.S.D.J.
United States District Court
500 Pearl Street, Room 730
New York, NY 10007

Re:   Hilton Head Holdings b.v. vs. Ian Peck, et al.
      11 CIV 7768 (KBF)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: MAY 0 7 2013
```

Your Honor:

I have appeared as counsel to Plaintiff-Appellee Hilton Head Holdings b.v. in the appeal of this matter. I write pursuant to F.R.C.P. 60(a) to apply for an order amending the Judgment entered November 21, 2012 to correct clerical errors. I enclose a copy of an order of the Court of Appeals under Docket No. 13-767 granting leave to make this application and making a limited remand, as is required under Rule 60(a).

Trial counsel for both Hilton Head Holdings b.v. and the Defendants-Appellants have withdrawn from the case, and no appellate counsel has yet appeared for the Defendants-Appellants. I have been in touch with Matthew West of the Schnader, Harrison firm, who is corporate counsel to the Defendants-Appellants Ian Peck and "Art Capital Group", and I am copying him on this letter by email prior to its delivery to chambers. (At the direction of the Court of Appeals, I had served a copy of my Motion for Leave to Seek Amendment on the Defendants-Appellants as *pro se* parties.)

The errors in the Judgment are simple enough, and obviously clerical. In two places the Plaintiff is referred to as "Hilton Head Holdings, Inc.", in two places as "Hilton Head Holdings" and in two places as "Hilton Head". I have indicated that language on the enclosed copy of the Judgment. This application seeks an amended Judgment referring in each place to "Hilton Head Holdings b.v."

This change is necessary in order to effect the docketing and enforcement of the Judgment in the state court system.

Thank you for this revisit to the matter.

Very truly yours,

*Mark Lawless*