# UNITED STATES COURT OF APPEALS
## FOR THE
### SECOND CIRCUIT

1:11-cv-07768-KBF

————

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 28th day of October, two thousand and thirteen.

Before:    Rosemary S. Pooler,
            *Circuit Judge.*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:  _____
DATE FILED: October 28, 2013

Hilton Head Holdings b.v., on its own behalf and derivatively on behalf of Art Capital Group, Inc.,

Plaintiff-Appellee,

v.

Ian Peck and Art Capital Group, *et al.,*

Defendants-Appellants.

**ORDER**

Docket No. 13-767

The parties have filed a joint motion for limited remand to the district court, pursuant to FRAP 12.1(b).

IT IS HEREBY ORDERED that the motion for limited remand is GRANTED. This Court retains jurisdiction and the parties must promptly notify the circuit clerk when the district court has decided the motion on remand.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 10/28/2013