```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 29 2013
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

HILTON HEAD HOLDINGS b.v.,
Derivatively and on behalf of Art Capital
Group, Inc.,

                         Plaintiff,

       -v-

IAN PECK, et al.

                        Defendants.

------------------------------------------------------------X

11 Civ. 7768 (KBF)

ORDER

KATHERINE B. FORREST, District Judge:

    The November 20, 2012 Opinion and Order (ECF No. 104), the November 21, 2012 Judgment (ECF No. 105), and the May 7, 2013 Corrected Judgment (ECF No. 116) in this matter are vacated and have no precedential effect.

    The Court finds for plaintiff.

    The Clerk of Court is directed to remove ECF Nos. 104, 105, and 116 from the docket.

    SO ORDERED.

Dated:    New York, New York
            October 29, 2013

                                            _____
                                            KATHERINE B. FORREST
                                            United States District Judge